Mayo 8, 1903. Se declaró abandonado el recurso interpuesto por haber transcurirdo más de un año sin instarse el curso de los autos por la parte recurrente. Abogado del recurrente: *Sr. Fajardo.*

No. 4. BARRERAS *v.* CORTE DE DISTRITO DE SAN JUAN.— Solicitud para que se. expida auto de Mandamus. Resuelto en Mayo 19, 1903. Denegada la solicitud. Abogado del demandante: *Sr. Tizol.*

No. 18. EX PARTE BAEZ.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Mayo 29, 1903. Se declaró sin lugar el recurso interpuesto por no haber constancias en autos para poder apreciar si el Tribunal inferior cometió algún error. Abogado del apelante: *Sr. Fajardo.* Abogado del Pueblo: *Sr. del Toro* (Fiscal.)

No. 1. MULLENHOFF & KORBER *v.* CAMPILLO ET AL.— Solicitud para que expida auto de *Mandamus.* Resuelto en Junio 1, 1903. Desistido á instancias de la parte demandante. Abogado de los demandantes: *Sr. Texidor.*

· No. 11. EX PARTE BERNARDINI.—Solicitud para que se expida mandamiento de *habeas corpus.* Resuelto en Junio 1, 1903. Denegada la excarcelación. Abogado del peticionario: *Sr. Falcón.* `Abogado del Pueblo: *Sr. del Toro*, (Fiscal).